IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

JANET SHATTUCK,                )
                      )
        Plaintiff,         )    TC-MD 150524N
                      )
      v.               )
                      )
DEPARTMENT OF REVENUE,   )
State of Oregon,            )
                      )
        Defendant.    )   **FINAL DECISION**

This Final Decision incorporates without change the court's Decision, entered April 19, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16 C(1).

This matter came before the court on Defendant's Status Report, filed April 14, 2016.

Plaintiff filed her Complaint on December 28, 2015, requesting that her 2014 Oregon Tax Return be accepted as originally filed and requesting a refund of $5,224, for overpayment of taxes for wages earned outside of Oregon. (Compl at 1, 4.) In its Status Report, Defendant agreed to accept "information provided by Plaintiff * * * regarding the number of days worked in Oregon" and agreed to "cancel the Proposed Refund Adjustment and/or Distribution, dated May 20, 2015, and refund to Plaintiff $5,224 plus statutory interest." Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that, as agreed by the parties, Plaintiff correctly filed her 2014 tax return. Defendant shall refund the overpayment of $5,224 with statutory interest.

Dated this ____ day of May 2016.


_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on May 9, 2016.*